UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MILO C. DERIVAL, *pro se*,

    Plaintiff(s),

v.                            Case No: 8:10-CV-887-T-30TBM

HEARTLAND OF BROOKSVILLE,

    Defendant(s).
_____/

# ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas B. McCoun, III (Dkt. #5). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #5) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes,

including appellate review.

2. Plaintiff's construed Motion to Proceed *In Forma Pauperis* (Dkt. #2) is DENIED without prejudice.

3. Within twenty (20) days of the date of this Order, Plaintiff is directed to submit an Affidavit of Indigency that fully and legibly sets forth his responses to all questions on the Affidavit of Indigency form.

4. Within twenty (20) days of the date of this Order, Plaintiff is directed to submit an Amended Complaint that includes a short and plain statement of the claim showing that he is entitled to relief in compliance with Rule 8 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** in Tampa, Florida on June 4, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Odd\2010\10-cv-887.adopt 5.wpd