UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MILO C. DERIVAL,** *pro se*,

    **Plaintiff,**

v.                                                CASE NO:  8:10-CV-887-T-30TBM

**HEARTLAND OF BROOKSVILLE,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*.  An Order to Show Cause was entered on July 15, 2010 (Dkt. #9) which gave the Plaintiff eleven (11) days in which to show cause, in writing, why this action should not be dismissed for lack of prosecution, or file an Amended Complaint.  Plaintiff has failed to respond.  It is therefore

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on August 4, 2010.

                                              JAMES S. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

*F:\Docs\2010\10-cv-887.dismissal.wpd*